UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY ATHAN,            )
                        )
        Plaintiff,      )    Case No. 1:06-cv-273
                        )
v.                      )    Honorable Wendell A. Miles
                        )
BRAD PURVES et al.,     )
                        )
        Defendants.     )
_____)

## JUDGMENT

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** without prejudice for lack of exhaustion of available administrative remedies as required by 42 U.S.C. § 1997e(a).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: May 18, 2006                    /s/ Wendell A. Miles
                                       Wendell A. Miles
                                       Senior U.S. District Judge